**Order filed, May 11, 2022.**



In The

# Court of Appeals
### For The
# First District of Texas
———————————

## NO. 01-22-00287-CR

**STEPHEN CHARLES HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 207th District Court**
**Comal County, Texas**
**Trial Court Case CR2016-726**

---

## ORDER

The reporter's record in this case was due May 2, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Frances Janezic, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM